# UNITED STATES BANKRUPTCY COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Mark Sammons
  Clerk

www.mdb.uscourts.gov



U.S. Courthouse
101 W. Lombard St. Room 8530
Baltimore, MD 21201
(410) 962-2688

February 16, 2011

Michael G. Rinn
111 Warren Road, Suite 4
Cockeysville MD 21030-2429

    *In Re:*    **Joyce Ann Steele**
                **04-12681**

Dear Trustee:

     The above referenced case in which you are the appointed Trustee, was recently reviewed to determine its eligibility for closing. The case was discharged on 5/24/2004 and has been pending more than six months. It appears that we have not received a Trustee's Notice of Assets or a Trustee's Report of No Distribution to date.

     Would you please review your records and forward information regarding the pendency of this case so that we may note this in our records? Thank you for your prompt attention to this request.

                                  Sincerely yours,

                                  Janie Gladysiewski
                                  Deputy Clerk

cc:   U.S. Trustee
       Case File

Clerk-38 --  1/14/02
jg 2/16/2011